IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WISCONSIN LABORERS PENSION FUND, WISCONSIN LABORERS HEALTH FUND, WISCONSIN LABORERS APPRENTICESHIP & TRAINING FUND, WISCONSIN LABORERS DRUG FUND, WISCONSIN LABORERS LABOR MANAGEMENT COOPERATION TRUST FUND, WISCONSIN LABORERS INDUSTRY ADVANCEMENT PROGRAM FUND, JOHN J. SCHMITT (in his capacity as Trustee), WISCONSIN LABORERS DISTRICT COUNCIL, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS PENSION FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS HEALTH FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS VACATION FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS APPRENTICESHIP & JOURNEYMAN TRAINING FUND, NORTH CENTRAL STATES LABOR MANAGEMENT COOPERATION TRUST FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS INTERNATIONAL TRAINING FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS DEFINED CONTRIBUTION PENSION FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS CLMC FUND, BRIAN GENTRY (in his capacity as Trustee), CONTRACT ADMINISTRATION FUND, NORTH CENTRAL STATES REGIONAL COUNCIL OF CARPENTERS, IRONWORKERS LOCAL 383 HEALTH CARE FUND, IRONWORKERS LOCAL 383 APPRENTICESHIP AND TRAINING FUND, IRONWORKERS LOCAL 383 LABOR MANAGEMENT FUND, IRONWORKERS LOCAL 383 IMPACT FUND, MICHAEL GRIMSLID (in his capacity as Trustee), IRONWORKERS LOCAL 383 CONTRACT ADMINISTRATION FUND, IRONWORKERS LOCAL 383, | JUDGMENT IN A CIVIL CASE<br><br>Case No. 12-cv-341-wmc |

     Plaintiffs,

v.

DEBCO CORPORATION,

     Defendant.

     This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that default judgment is entered in favor of plaintiffs against defendant Debco Corporation in the amount of $57,290.44, together with costs of $423.98 and attorney fees of $3,247.50, for a total of $60,961.92.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

AUG -9 2012
Date